THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FLOYD WESLEY, a/k/a WESLEY FLOYD, a/k/a FLOYD E. WESLEY, Defendant-Appellant.

(No. 72-84;

Second District—November 27, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Paul Bradley and Ralph Ruebner, both of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.